NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JENAM TECH, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2023-1480, 2023-1485, 2023-1486

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00627, IPR2021-00628, IPR2021-00630.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    JENAM TECH, LLC v. GOOGLE LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

January 9, 2024
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 9, 2024